RECEIVED
IN MONROE, LA
JUL 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN DARVEY COOK | CIVIL ACTION NO. 06-0520 |
| VS. | SECTION P |
| RICHARD STALDER, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights action be DISMISSED WITH PREJUDICE as time-barred and frivolous pursuant to the provisions of 28 U.S.C.1915(e)(2).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 20 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE